

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00037-CR

IFEANYICHUKWU OBI, Appellant

§ On Appeal from the 396th District Court

§ of Tarrant County (1658202D)

V.

§ December 21, 2023

§ Memorandum Opinion by Justice Womack

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgments and orders of deferred adjudication. We modify the trial court's judgments and orders of deferred adjudication (1) to delete the portions requiring Appellant's deferred adjudication community supervision to begin after the completion of the prison sentences imposed in Counts One, Two, and Three and (2) to reflect that Appellant's deferred adjudication community supervision is to run concurrently with the prison sentences imposed in Counts One, Two, and Three.

As modified, we affirm the trial court's judgments and orders of deferred adjudication.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
   Justice Dana Womack